IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RUFUS MOFFITT,**              ) | |
| )  | |
| Plaintiff,                     ) | |
| )  | **CIVIL ACTION NUMBER:** |
| v.                             ) | **2:05-cv-00286-T** |
| )  | (WO) |
| **BAYER CORPORATION,**          ) | |
| )  | |
| Defendant.                     ) | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon plaintiff Rufus Moffitt's and defendant Bayer Corporation's ("Bayer") Stipulation and Motion to Dismiss with Prejudice (Doc. No. 8). Based upon the parties' stipulation, which has been agreed to and signed by counsel for plaintiff Rufus Moffitt and defendant Bayer, and pursuant to FED. R. CIV. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, with each party to bear its own costs.

Dated this 3rd day of January, 2006.

       /s/  Myron H. Thompson
United States District Court Judge